IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dontest Jabar Gerald, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>J. Johnson, Major at J. Reuben Long )<br>Detention Center; and Tom Fox, Director of J. )<br>Reuben Long Detention Center, in their )<br>official capacities, )<br>)<br>      Defendants. )<br>_____ ) | C/A: 1:15-15-JFA-SVH<br><br>ORDER |

  Plaintiff, proceeding *pro se,* filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order dated January 12, 2015, the Magistrate Judge assigned to this case[1] issued an order authorizing service of process and directing the plaintiff to keep the Clerk advised of his proper address. The order was returned to the Clerk's Office as undeliverable, noting on the envelope that the plaintiff is no longer an inmate at the J. Reuben Long Detention Center.

  The Magistrate Judge has prepared a Report and Recommendation and opines that the complaint should be dismissed in accordance with Rule 41(b) of the Federal Rules of Civil

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

Procedure.  The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation and without a hearing.

The plaintiff was also advised of his right to file objections to the Report and Recommendation, which was entered on the docket on January 27, 2015.  However, the plaintiff did not file any objections to the Report within the time limits prescribed.  In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference.  Accordingly, this action is dismissed with prejudice under Rule 41(b).

IT IS SO ORDERED.

February 18, 2015                                      Joseph F. Anderson, Jr.
Columbia, South Carolina                          United States District Judge